NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MACROAIR TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**DELTA T, LLC,**
*Appellee*

---

2023-1455

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01214.

---

## JUDGMENT

---

TIMOTHY P. MALONEY, Nixon Peabody LLP, Chicago, IL, argued for appellant. Also represented by THOMAS F. LEBENS, Fitch, Even, Tabin & Flannery LLP, San Luis Obispo, CA; STEPHEN M. LOBBIN, SML Avvocati PC, La Jolla, CA; JOSEPH F. MARINELLI, Irwin IP LLP, Chicago, IL.

JOHN K. BURKE, Vedder Price PC, Chicago, IL, argued for appellee. Also represented by JOSHUA L. GRANT, MICHAEL J. TURGEON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 5, 2024
Date

Jarrett B. Perlow
Clerk of Court